UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONES | : |
| | : Civil Action No. 2:24-cv-10750-BRM-JSA |
| Plaintiff(s) | : |
| | : |
| v. | : **CLERK'S ORDER** |
| | : |
| KLEINMAN | : |
| | : |
| Defendant(s) | : |

This matter having come before the Court upon the filing of a Complaint, filed on November 26, 2024 by Kaja S. Elmer, counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

- ☐ a. An overpayment has been made by the filer; **OR**
- ☒ b. A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**
- ☐ c. A duplicate, identical a Complaint was filed more than once by the same attorney or the same law firm; **OR**
- ☐ d. This filing does not require a filing fee; and for good cause shown;

IT IS on this 26th day of November 2024,

**ORDERED THAT**, the sum of $405.00 is refunded through Pay.gov.

MELISSA E. RHOADS, CLERK

By: _____*Melissa Connolly*_____
Melissa Connolly, Management Analyst