# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**AMANDA JONES,**
*Plaintiff*

        V.        **SUMMONS IN A CIVIL CASE**

**DAN KLEINMAN,**
*Defendant*

CASE NUMBER: **2:24−CV−10750−BRM−JSA**

TO: *(Name and address of Defendant):*

    Dan Kleinman
    641 Shunpike Road #123
    Chatham, New Jersey 07928

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

    Kaja S. Elmer
    Fishman Haygood LLP
    201 St. Charles Avenue, Suite 4600
    New Orleans, LA 70710
    kelmer@fishmanhaygood.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**
**Clerk of Court**



**ISSUED ON 2024−11−26 14:04:26**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: Nov 26, 2024 |
| NAME OF SERVER (PRINT): Douglas Eaton | TITLE: |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: N. Hunterdon Bd of Ed 1445 Rt 31, Annandale NJ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ✓ | ✓ | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov 27, 2024       [signature]
              Date              Signature of Server

327 Golf View Dr
Little Egg Harbor, NJ 08087
Address of Server