**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

AMANDA JONES,

                    Plaintiff,

        v.

DAN KLEINMAN.

                    Defendant.

Civil Action No. 2:24-CV-10750-BRM-JSA

**NOTICE OF DEFENDANT'S MOTION FOR FIRST-FILED INJUNCTION**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that Defendant Dan Kleinman will move before the honorable Brian R. Martinotti, U.S.D.J. on March 3, 2025, for an Order enjoining Plaintiff Amanda Jones from proceeding in an identical and parallel case in the U.S. District Court for the Middle District of Louisiana.

In support of this motion, the undersigned will rely on the attached brief.

Dated: January 22, 2025.

/s/ Vincent S. Verdiramo
Vincent S. Verdiramo, 024691986
vincent@verdiramolaw.com
Verdiramo & Verdiramo Esqs. PA
3163 Kennedy Boulevard
Jersey City, New Jersey 07306
Tel: 201-798-7082

Respectfully Submitted,

Marc J. Randazza (*PHV Forthcoming*)
mjr@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Defendants.*

RANDAZZA | LEGAL GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, the foregoing document was served on all parties

or their counsel of record through the CM/ECF system.

/s/ Vincent S. Verdiramo
Vincent S. Verdiramo, 024691986

RANDAZZA | LEGAL GROUP

Notice of Motion for First-Filed Injunction
3:24-CV-00972-BAJ-SDJ