UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AMANDA JONES, *plaintiff,*         Case No. 2:24-CV-10750-BRM-JSA

**NOTICE OF MOTION**

vs.

DAN KLEINMAN, *defendant.*

Please take notice that Plaintiff Amanda Jones, through undersigned counsel, will move before the Honorable Brian R. Martinotti, United States District Judge, on February 18, 2025, for an Order staying proceedings in this case pending resolution of a motion in parallel proceedings in the United States District Court for the Middle District of Louisiana.

In support of this motion, the undersigned will rely on the attached brief.

Respectfully submitted,

*/s/ Kaja S. Elmer*
Kaja S. Elmer, 077982013
Fishman Haygood LLP
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
t: 504-586-5252
kelmer@fishmanhaygood.com

Alysson Mills (*to be admitted pro hac vice*)
650 Poydras Street, Suite 1525
New Orleans, Louisiana 70130
t/f: 504-586-5253
alysson@alyssonmills.com

*for Amanda Jones*

3974044v1

CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

January 23, 2025				*/s/ Kaja S. Elmer*

3974044v1