**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AMANDA JONES,<br><br>               **Plaintiff,**<br><br> v.<br><br><br>DAN KLEINMAN,<br><br>               **Defendant.** | **Civil Action No. 24-10750 (BRM) (JSA)**<br><br><br><br><br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the application of Vincent Verdiramo, Esq. ("movant"), attorney for Defendant, Dan Kleinman, seeking the *pro hac vice* admission of Marc J. Randazza, Esq. ("counsel"), pursuant to L. Civ. R. 101.1 (ECF No. 8); and the Court having considered the request; and for good cause shown;

     **IT IS on this 24th day of February 2025**,

     **ORDERED** that the motion for the *pro hac vice* admission of counsel is **GRANTED**; and it is further

     **ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

     **ORDERED** that movant shall (a) remain attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the case and counsel in this matter; and it is further

**ORDERED** that all counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter; and it is further

**ORDERED** that all counsel shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3).

**s/Jessica S. Allen**
**Hon. Jessica S. Allen**
**United States Magistrate Judge**

2