UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

AMANDA JONES

Plaintiff(s),

v.

DAN KLEINMAN

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:24-CV-10750-BRM-JSA

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Vincent S. Verdiramo
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Marc J. Randazza

Address: 30 Western Ave
Gloucester, MA 01930

E-mail: ecf@randazza.com

(One email address only)