FishmanHaygood

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

Kaja S. Elmer
**Partner**
Direct: 504-556-5535
kelmer@fishmanhaygood.com

September 5, 2025

**Via CM/ECF**

The Honorable Brian Martinotti
United States District Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Jones v. Kleinman*, No. 2:24-cv-10750-BRM-JSA (D.N.J.)

Dear Judge Martinotti:

    I write regarding the motion to voluntarily dismiss [36] currently pending in this Court. Plaintiff Amanda Jones filed the motion on the understanding that this case would proceed in the Middle District of Louisiana. Today, the Middle District of Louisiana transferred its identical case to this Court. I attach a copy of that order here.

    The order has the effect of mooting the pending motion to voluntarily dismiss. Unless this Court decides otherwise, this case will proceed here.

                                       Respectfully,

                                         Kaja S. Elmer

cc:    Counsel of record via CM/ECF