# FishmanHaygood

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

Kaja S. Elmer
**Partner**
Direct: 504-556-5535
kelmer@fishmanhaygood.com

September 8, 2025

**Via CM/ECF**

The Honorable Brian Martinotti
United States District Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Jones v. Kleinman*, No. 2:24-cv-10750-BRM-JSA (D.N.J.)

Dear Judge Martinotti:

    I write regarding Letter re [36] Notice of Voluntary Dismissal [Doc 46], which I erroneously filed under seal on September 5, 2025. Please authorize the clerk to lift the seal and allow access to Doc 46.

    Thank you for your understanding and attention to this matter.

Respectfully,

*Kaja S. Elmer*

Kaja S. Elmer

cc:    Counsel of record via CM/ECF

4056001v1