**FishmanHaygood**

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

Kaja S. Elmer
**Partner**
Direct: 504-556-5535
kelmer@fishmanhaygood.com

September 23, 2025

**Via CM/ECF**

The Honorable Brian Martinotti
United States District Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

  Re: *Jones v. Kleinman*, No. 2:24-cv-10750-BRM-JSA (D.N.J.)

Dear Judge Martinotti:

  The parties met and conferred today regarding how the Court should handle the matter recently transferred from Louisiana.

  With the understanding that this action will proceed in this Court, there is no need for the additional matter. In the interest of streamlining things, if it pleases the Court, we, counsel for the plaintiff, will move to voluntarily dismiss the transferred matter. Counsel for the defendant advise that they do not object.

            Respectfully,

            *Kaja S. Elmer*

            Kaja S. Elmer

cc: Counsel of record via CM/ECF