UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AMANDA JONES,<br><br>               Plaintiff,<br><br>    v.<br><br>DAN KLEINMAN,<br><br>               Defendant. | Civil Action No. 2:24-CV-10750-BRM-JSA |

## DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS UNDER N.J.S.A. 2A:53A-55

Defendant Dan Kleinman requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of statements made by Amanda Jones relevant to the issues briefed in Defendant's Motion for Judgment on the Pleadings Under N.J.S.A. 2A-53A-55 (ECF No. 53) (the "Motion").

Plaintiff Amanda Jones was interviewed for a podcast episode that aired on November 10, 2025, after the parties finished briefing the Motion. *See* "The Librarian Who Fought Christian Nationalist Book Bans and Won," Straight White American Jesus (Nov. 10, 2025).[1] From 28 minutes and 50 seconds to 30 minutes and 26 seconds of this episode, Jones makes the following statements:

> It is. It's. I saw people that I've known my whole life just get suckered into this. You know? There are people that, students that I taught, in their 30s, that have come to the library board meetings and they've walked in the room and I wave at 'em and I'm like, "Hey." And then I see them go walk over and sit with the church people. And I realize. And I look at those kids and I'm like well they came, they all came from broken homes, **they've all been groomed, by these pastors, to do these pastors' bidding**, and it's something I've seen in my community time and time again.

---

[1]  Available at: https://straightwhiteamericanjesus.com/episodes/the-librarian-who-fought-christian-nationalist-book-bans-and-won/

Defendant's Request for Judicial Notice
3:24-CV-00972-BAJ-SDJ

And I also. I call it the Fox News effect because my parents, case in point, they brought me up in a household that was very strong Republican, strong southern Baptist, like love thy neighbor as thyself, champion the underdog, Constitution is key. And then after they've retired, they sit in front of Fox News 24/7, and suddenly these values and morals and things that they've taught me, that they instilled into me, I'm not seeing them saying the same things anymore.

And then they, and it's like that for a lot of people in my community. And then they turn and they say, "well, look at Amanda Jones acting like this, she's woke, she's a liberal," and I'm like I'm just doing what you raised me to do. It's not my fault you've lost your way. I'm the product of my upbringing, which was also to be exposed to books, so I'm just, you know.

But it's, it's normal people that just get sucked into it and they believe everything they see on social media. Everything.

(emphasis added).

Under Fed. R. Evid. 201(b), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Jones herself made the above statements on a podcast for which she voluntarily provided an interview, and the Court may accurately and readily determine that Jones made these statements by listening to the podcast episode.

Kleinman requests only that the Court take judicial notice of the fact that Jones made the above statements, not the truth of her statements. The fact that she made such statements undermines her claim in her Complaint and her Opposition to the Motion that the term "grooming" has a specific meaning and is capable of being defamatory.

Dated: December 5, 2025.                     Respectfully Submitted,


/s/ Vincent S. Verdiramo                      /s/ Marc J. Randazza
Vincent S. Verdiramo, 024691986              Marc J. Randazza (*Pro Hac Vice*)
vincent@verdiramolaw.com                     mjr@randazza.com, ecf@randazza.com
Verdiramo & Verdiramo Esqs. PA               RANDAZZA LEGAL GROUP, PLLC
3163 Kennedy Boulevard                       30 Western Avenue
Jersey City, New Jersey 07306                Gloucester, MA 01930
Tel: 201-798-7082                            Tel: (978) 801-1776

                                             *Attorneys for Defendants.*


## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, the foregoing document was served on all parties

or their counsel of record through the CM/ECF system.

                         /s/ Vincent S. Verdiramo
                         Vincent S. Verdiramo, 024691986