**FishmanHaygood**

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

Kaja S. Elmer
**Partner**
Direct: 504-556-5535
kelmer@fishmanhaygood.com

February 26, 2026

**Via CM/ECF**

The Honorable Brian Martinotti
United States District Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Jones v. Kleinman*, No. 2:24-cv-10750-BRM-JSA (D.N.J.)

Dear Judge Martinotti:

I write on behalf of Amanda Jones, the plaintiff in the above-styled case.

Both parties have cited the opinion in *Jones v. Citizens for a New Louisiana* in these proceedings.

On February 10, 2026, the Louisiana Supreme Court unanimously denied a petition to review the opinion. Accordingly, the opinion is final. *See Jones v. Citizens for a New Louisiana*, 2023-0654 (La. App. 1 Cir. 10/7/25), 424 So. 3d 208, 213, writ denied, 2025-01341 (La. 2/10/26).

                                                Respectfully,

                                                Kaja S. Elmer

cc:    Counsel of record via CM/ECF

02/10/2026 "See News Release 005 for any Concurrences and/or Dissents."

# The Supreme Court of the State of Louisiana

**AMANDA JONES**

**VS.**

No. 2025-C-01341

**CITIZENS FOR A NEW LOUISIANA, MICHAEL LUNSFORD, AND RYAN THAMES**

------

IN RE: Citizens for A New Louisiana - Applicant Defendant; Michael Lunsford - Applicant Defendant; Applying For Writ Of Certiorari, Parish of Livingston, 21st Judicial District Court Number(s) 175021, Court of Appeal, First Circuit, Number(s) 2023 CA 0654 R;

------

**February 10, 2026**

Writ application denied.

        PDG

        JLW

        JDH

        JBM

        JMG

        CRC

        AHP

Supreme Court of Louisiana
February 10, 2026

*Katie Marjanovic*

Chief Deputy Clerk of Court
For the Court