# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMANDA JONES,<br><br>        Plaintiff,<br><br>v.<br><br>DAN KLEINMAN,<br><br>        Defendant. | Civil Action No. 2:24-CV-10750-BRM-JSA<br><br>**MOTION DATE: JULY 6, 2026**<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANT'S MOTION FOR CERTIFICATION

PLEASE TAKE NOTICE that Defendant Dan Kleinman will move before the Honorable Brian R. Martinotti, U.S.D.J. on July 6, 2026, for an Order certifying for appeal pursuant to 28 U.S.C. 1292(b) (to the extent it is not appealable of right) this Court's Opinion (ECF No. 67) and Order (ECF No. 68) denying Defendant's motion for judgment on the pleadings.

In support of this motion, the undersigned will rely on the attached brief.

Dated: June 4, 2026.                    Respectfully Submitted,


/s/ Vincent S. Verdiramo
Vincent S. Verdiramo, 024691986
vincent@verdiramolaw.com
Verdiramo & Verdiramo Esqs. PA
3163 Kennedy Boulevard
Jersey City, New Jersey 07306
Tel: 201-798-7082

Marc J. Randazza (*Pro Hac Vice)*
mjr@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Defendant.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Vincent S. Verdiramo
Vincent S. Verdiramo, 024691986