# VERDIRAMO & VERDIRAMO, P.A.

COUNSELORS AT LAW

VINCENT L. VERDIRAMO*
VINCENT S. VERDIRAMO

*MEMBER N.J. AND FLA. BAR

THEODORE T. RICHERT
*LICENSED IN NEW JERSEY

3163 KENNEDY BOULEVARD, JERSEY CITY, NEW JERSEY 07306
TELEPHONE: 201-798-7082 TELECOPIER: 201-918-6536
E-MAIL: VINCENT@VERDIRAMOLAW.COM

RESPOND TO JERSEY CITY OFFICE

NEW YORK OFFICE

30 BROAD STREET, 37TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: 212-338-9100
TELECOPIER: 212-338-9088

**SENT VIA PACER**

Clerk, District Court of New Jersey

September 25, 2026

**RE: AMANDA JONES VS. DAN KLEINMAN**
**CIVIL ACTION NUMBER: 2:24-cv-10750-BRM-JSA**
**MOTION TO CERTIFY QUESTIONS OF LAW TO THE SUPREME COURT OF LOUISIANA OR, TO ADOPT NEW JERSEY COMMON LAW**

Dear Sir/Madam:

This office represents Dan Kleinman in connection with the above captioned matter.

I respectfully request a correction to a recent electronic filing in the above-captioned matter made on September 25, 2026. More specifically, document 80.

When submitting the document titled "Motion to Certify Questions of Law to the Supreme Court of Louisiana or, to Adopt New Jersey Common Law" (ECF No. 80), it was inadvertently miscategorized during the filing selection process. The document was filed under the event type "Motion for Taxation of Costs."

The correct classification for this filing should be a "Motion for Miscellaneous Relief"

We respectfully request that the Clerk update the docket text to remove "Motion for Taxation of Costs" to avoid confusion on the record.

Respectfully submitted,

Very truly yours,
VERDIRAMO & VERDIRAMO, P.A.

VINCENT S. VERDIRAMO

SO ORDERED:
DATED: 28 Sept 2026

ds

cc: All parties of record (via PACER)