UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AMANDA JONES, *plaintiff,* Case No. 2:24-CV-10750-BRM-JSA

vs.

DAN KLEINMAN, *defendant.*

**RESPONSE TO
MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER**

**MAY IT PLEASE THE COURT:**

Plaintiff Amanda Jones does not object to Defendant Dan Kleinman's "Motion for Leave to File Second Amended Answer."

Jones disputes Kleinman's characterization of facts. She also believes Kleinman's proposed amendments are futile, for the reasons stated in her opposition to Kleinman's "Motion to Certify Questions of Law to the Supreme Court of Louisiana or, to Adopt New Jersey Common Law," filed this day.

Nevertheless, because this case is in its early stage, and Jones expects that she will have an opportunity to address Kleinman's affirmative defenses in due course, she takes no position on his mere assertion of them at this time.

Respectfully submitted,

*/s/ Kaja S. Elmer*

Alysson Mills, *admitted pro hac vice*
650 Poydras Street, Suite 1525
New Orleans, Louisiana 70130
t/f: 504-586-5253
alysson@alyssonmills.com

Kaja S. Elmer
Fishman Haygood LLP
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
t: 504-586-5252
kelmer@fishmanhaygood.com

Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

*/s/ Kaja S. Elmer*